IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
OCT 23 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRADLEY L. MATTHEWS, ) <br> ) <br> Defendant. ) | CRIMINAL NO. 19-30136-NJR <br><br> Title 18, United States Code, <br> Section 2252A(a)(2)(A) and 2253. |

### INDICTMENT

**THE GRAND JURY CHARGES:**

**DISTRIBUTION OF CHILD PORNOGRAPHY**

On or about February 5, 2019, in Fayette County, within the Southern District of Illinois,

**BRADLEY L. MATTHEWS,**

defendant herein, did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely:

1. "ae92fec3-0aef-4342-b16c-12116667a29e.mp4" – a video file of the lascivious exhibition of the genitals of a minor female,

2. "e79c0a5a-b991-49ef-ac68-4ca76a8e66bb.mp4" – a video file of the lascivious exhibition of the genitals of a minor female, and

3. "f99a2ec7-1dfe-44e8-8a28-b8bae6d306e5.mp4" – a video file of the lascivious exhibition of the genitals of a minor female,

using any means or facility of interstate commerce and that has been mailed, and has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## FORFEITURE ALLEGATION

Upon conviction for the offense charged in this Indictment, defendant **BRADLEY L. MATTHEWS,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all material that contained any images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), and any and all property used and intended to be used in any manner or part to commit and to promote the commission of the charged offense.

The property that is subject to forfeiture referred to in the paragraph above includes, but is not limited to, the following:

1. an iPhone 7+, bearing serial number C39V438DHG04.

A TRUE BILL



*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney

*[signature]*
STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: $10,000 unsecured bond.