IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 19-30136-NJR |
| ) | |
| BRADLEY L. MATTHEWS, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

The parties hereby stipulate that, if this case had proceeded to trial, the Government would have proven the following beyond a reasonable doubt:

1. On or about February 5, 2019, a Special Agent with the FBI, working in an undercover capacity on KIK Messenger in an effort to ensnare individuals interested in incest and children, engaged in a brief conversation within an individual who was later identified as Defendant Bradley L. Matthews. During this conversation, Matthews sent the undercover agent three (3) videos that met the federal definition of child pornography, as set further described in the indictment. By doing so, Matthews knowingly distributed child pornography using any means or facility of interstate commerce, namely, the Internet.

2. On September 5, 2019, Matthews told law enforcement officers that he had sent out child pornography. When shown the printout of the conversation with the undercover officer that took place on February 5, 2019, Matthews identified himself as the person in the profile picture, as well as the person who engaged in the

conversation with the undercover officer and distributed the child pornography videos to the undercover officer. Matthews said that he received all of the child pornography by trading with random people on KIK.

3. This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the defendant's guilty plea and is not necessarily an exhaustive account of the defendant's criminal activity.

**SO STIPULATED:**

BRADLEY L. MATTHEWS
Defendant

ANGELA SCOTT
Assistant United States Attorney

JOHN SCHLEIFFARTH
Attorney for Defendant

Date: 11/1/2021

Date: 10/25/21